187 So. 898

## STATE v. Glaspy J. LANDRY.

### I Div. 329.

Court of Appeals of Alabama.
March 7, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

George A. Sossaman, of Mobile, for appellee.

SAMFORD, Judge.

The defendant was indicted on a charge of perjury, there was judgment for the defendant, and the State appeals.

This is a companion case of the State v. Powe, ante, p. 402, 185 So. 781. On authority of that case, the appeal in this case is dismissed.